UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                                                Bankr. Case No. 09-25954-BAM-7

KEITH R. FIELDS                                                                                     Chapter 7

       Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                            AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.
                            PO Box 183853
                            Arlington, TX  76096

                            AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.

                                /s/  James Hogan, Jr.
                          By_____

                            James Hogan, Jr.
                            PO Box 183853
                            Arlington, TX  76096
                            877-203-5538
                            877-259-6417
                            Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on September 1, 2009 :

| | |
|---|---|
| STEFANIE H CLEMENT<br>9960 W CHEYENNE AVENUE 190<br>LAS VEGAS, NV  89129 | JAMES F LISOWSKI SR<br>POB 95695<br>LAS VEGAS, NV  89193 |

By  /s/ James Hogan, Jr._____
      James Hogan, Jr.

xxxxx72534 / 549835